No. 11–39. REIMER v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 11–41. VIERICH v. MGM GRAND HOTEL, LLC, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 11–43. WOOTEN ET AL. v. QUICKEN LOANS INC. C. A. 11th Cir. Certiorari denied.

No. 11–47. MINI MELTS, INC. v. RECKITT BENCKISER, INC. C. A. 5th Cir. Certiorari denied.

No. 11–50. ALTO ELDORADO PARTNERSHIP ET AL. v. SANTA FE COUNTY, NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–51. RICHARDS v. JRK PROPERTY HOLDINGS. C. A. 5th Cir. Certiorari denied.

No. 11–52. ARCHILA v. KFC U. S. PROPERTIES, INC. C. A. 9th Cir. Certiorari denied.

No. 11–53. CHADDA v. BLOCK. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–54. SCHNELLER v. WCAU CHANNEL 10. C. A. 3d Cir. Certiorari denied.

No. 11–55. LIBAN v. MIDDLEBROOK AT MONMOUTH. C. A. 3d Cir. Certiorari denied.

No. 11–56. INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN v. SHORE. C. A. 9th Cir. Certiorari denied.

No. 11–59. ISAIAH v. WESTERN MARYLAND HOSPITAL SYSTEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–60. GUNDER'S AUTO CENTER v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 11–61. PHAM v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.